1  Muriel B. Kaplan, Esq. (SBN 124607)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, et al., | Case No.:  C10-4266 WHA |

**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

12                Plaintiffs,

13        v.                              Date:        December 16, 2010
                                          Time:        11:00 a.m.
14 JOHN CLARK BRISBIN, individually and *dba*   Location:    450 Golden Gate Avenue
   CONSTRUCTION DEVELOPMENT                              San Francisco, CA
15 SYSTEMS,                               Courtroom:   9, 19th Floor
                Defendant.                Judge:       Honorable William H. Alsup
16

17

18        Plaintiffs and Defendants in the above-titled action jointly submit this Request to Continue

19 the Case Management Conference, based on the following:

20        1.        This is an action by Plaintiff Trust Funds to compel Defendant's compliance with

21 an audit required by a Collective Bargaining Agreement to which he is signatory, and by the Trust

22 Agreements incorporated therein.

23        2.        Counsel for both parties recently met and conferred.  At his request, Plaintiffs

24 provided Defendant's counsel, Matthew W. Quall, Esq., with a copy of the letter sent previously

25 to Defendant, listing the records needed for an audit to be conducted.

26        3.        Counsel for Plaintiffs and Defendant have discussed the scope of the audit and

27 compliance therewith by Defendant, with specific discussions regarding the scope and parameters

28 of the audit.

4.     In an effort to keep fees and costs at a minimum, the parties respectfully request that the currently set Case Management Conference be continued for a short period (including the holiday periods) to January 13, 2011, to allow Defendant the opportunity to comply with the audit before litigation proceeds further.

Dated:  December 9, 2010                     SALTZMAN & JOHNSON
                                             LAW CORPORATION


                                     By:  _____/S/_____
                                             Muriel B. Kaplan
                                             Attorneys for Plaintiffs

Dated:  December 9, 2010                     LANG, RICHERT & PATCH


                                     By:  _____/S/_____
                                             Matthew W. Quall
                                             Attorneys for Defendant

IT IS SO ORDERED.

        The currently set Case Management Conference is hereby continued to January 13, 2011 at
                                             extended accordingly.
11:00 a.m., and all previously set deadlines and dates related to this case are ~~vacated, to be reset at~~

~~that Conference~~.


Date:  __December 14, 2010._____          _____

                                             United S                          dge

IT IS SO ORDERED
AS MODIFIED
Judge William Alsup

**JOINT REQUEST TO CONTINUE CMC; [PROPOSED] ORDER**
**Case No.:  C10-4266 WHA**

P:\CLIENTS\OE3CL\CDS - Construction Development Systems\Pleadings\C10-4266 WHA - Request to Continue CMC - 120910.DOC