United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  F.G. CROSTHWAITE and RUSSELL E.
    BURNS, in their respective capacities as
11  Trustees, et al.,                               No. C 10-04266 WHA
12              Plaintiffs,
13      v.                                          **ORDER DENYING SECOND
                                                    REQUEST TO CONTINUE CASE**
14  JOHN CLARK BRISBIN, individually and            **MANAGEMENT CONFERENCE**
    dba CONSTRUCTION DEVELOPMENT
15  SYSTEMS,
16              Defendant.
17  _____/
18          This action was filed on September 21, 2010.  The Court granted a four-week continuance
19  of the case management conference but the parties failed to take advantage of the extra time.
20  The parties again ask for a continuance.  The answer is no.  Please come in personally for the case
21  management conference on January 13, 2011, at 11:00 a.m.
22
23          **IT IS SO ORDERED.**
24
25  Dated:  January 10, 2011.
26                                                  _____
                                                    WILLIAM ALSUP
27                                                  UNITED STATES DISTRICT JUDGE
28