1  Matthew W. Quall, #183759
   Lang, Richert & Patch
2  Post Office Box 40012
   Fresno, California 93755-0012
3  (559) 228-6700 Phone
   (559) 228-6727 Fax
4  mwq@lrplaw.net

5  Attorneys for Defendant

6  Muriel B. Kaplan, #124607
   Blake E. Williams, #233158
7  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
8  San Francisco, California 94104
   (415) 882-7900 Phone
9  (415) 882-9287 Facsimile
   mkaplan@sjlawcorp.com
10 bwilliams@sjlawcorp.com

11 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CLARK BRISBIN, individually and dba CONSTRUCTION DEVELOPMENT SYSTEMS,<br><br>Defendant. | Case No. 10-cv-04266-WHA<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:       May 12, 2011<br>Time:       3:00 p.m.<br>Location   450 Golden Gate Avenue<br>                San Francisco, CA<br>Courtroom: 9, 19th Floor<br>Judge:      Honorable William H. Alsup |

Plaintiffs and Defendant in the above-entitled action jointly submit this Request to Continue the Case Management Conference, based on the following:

1. This is an action by Plaintiff Trust Funds to compel Defendant's compliance with, and payment of amounts found due, if any, on an audit required by a Collective Bargaining Agreement to which he is signatory, and by the Trust Agreements incorporated therein.

2. Counsel for both parties previously met and conferred, and the requested audit has now been conducted. Thereafter, on March 15, 2011, a report detailing the amounts found due in

---

Joint Request to Continue Case Management                    -1-
Conference; [Proposed] Order

the audit was mailed to Defendant, allowing 30 days for Defendant to make payment, or contest the findings.

3. The parties have agreed upon a settlement sum, which will be paid no later than May 20, 2011.

4. In order to allow time for the settlement sum to be paid and settlement effectuated, both parties respectfully request that the Case Management Conference, currently scheduled for May 12, 2011, be continued to allow for resolution of this matter.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, the parties respectfully request that the Court continue the currently scheduled Case Management Conference to June 2, 2011.

Dated: May 5, 2011

LANG, RICHERT & PATCH, P.C.

By _____
Matthew W. Quall
Attorneys for Defendant

Dated: May 5, 2011

SALTZMAN & JOHNSON
LAW CORPORATION

By _____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.                                               May 26, 2011

The currently set Case Management Conference is hereby continued to ~~June 2, 2011~~, and all previously set deadlines related to this case are vacated, to be reset at that Conference.

Date: May 6, 2011 _____
United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
Judge William Alsup

Joint Request to Continue Case Management
Conference; [Proposed] Order                                    -2-