United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN CLARK BRISBIN, individually and *dba* CONSTRUCTION DEVELOPMENT SYSTEMS,<br><br>    Defendant.<br>                                            / | No. C 10-04266 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference is **CONTINUED** to **JUNE 2, 2001, AT 3:00 P.M.** Should the check clear in the next few days and a dismissal is timely filed, the case management conference shall be taken off calendar.

**IT IS SO ORDERED.**

Dated: May 24, 2011.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE